[This decision has been published in *Ohio Official Reports* at 95 Ohio St.3d 327.]

THE STATE EX REL. MCKENZIE, APPELLANT, *v*. IMPERIAL ADHESIVES, INC. ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. McKenzie v. Imperial Adhesives, Inc.*, 2002-Ohio-2225.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2001-1651—Submitted April 9, 2002—Decided May 22, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-1402.

————————

{¶1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————

Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., and Lisa M. Clark, for appellant.

Betty D. Montgomery, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee.

————————